**ORIGINAL**

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 2 0 2005

at 4 o'clock and 16 min __M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00161 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and |
| ) | 924(e) |
| JAY PADAYAO, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

(18 U.S.C. §§ 922(g)(1), 924(e))

The Grand Jury charges that:

On or about February 18, 2005, in the District of Hawaii, the defendant JAY PADAYAO, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Raven, model MP25, caliber .25ACP semiautomatic pistol bearing serial number 1066305, with such

firearm having been manufactured outside Hawaii and transported at some earlier point in and affecting commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

### Sentencing Enhancement

At the time the defendant JAY PADAYAO, committed the offense charged above, he had at least three prior "violent felony" convictions, as that term is defined in Title 18, United States Code, Section 924(e)(2)(B), and was an armed career criminal within the meaning of Title 18, United States Code, Section 924(e).

DATED: April 20, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. JAY PADAYAO
Cr. No.         (Indictment)