ORIGINAL

RICHARD S. KAWANA  #1608
Attorney at Law
810 Richards Street, Suite 851
Honolulu, HI  96813
Tel. No.:(808) 536-6805
Fax No:  (808) 536-9394
E-Mail:  None
Attorney for Defendant
JAY PADAYAO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 11 2006

at 8 o'clock and 14 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; |
| | ) | DEFENDANT'S MOTION FOR |
| vs. | ) | RECONSIDERATION OF ORDER |
| | ) | GRANTING GOVERNMENT'S |
| JAY PADAYAO, | ) | MOTION TO DETAIN DEFENDANT |
| | ) | WITHOUT BAIL; DECLARATION; |
| | ) | CERTIFICATE OF SERVICE |
| Defendant. | ) | |
| | ) | DATE:_____ |
| | | TIME:_____ |
| | | JUDGE: LESLIE E. KOBAYASHI |

TW: 3/14/06

NOTICE OF MOTION

TO:   EDWARD H. KUBO, JR.
      U.S. Attorney
      MARSHALL H. SILVERBERG
      Assistant U.S. Attorney
      Room 6-100, Prince Jonah Kuhio
            Kalanianaole Federal Building
      300 Ala Moana Boulevard, Box 50183
      Honolulu, HI  96850
            Attorneys for Plaintiff
            UNITED STATES OF AMERICA

PLEASE TAKE NOTICE THAT the Defendant's Motion for Reconsideration of Order Granting Government's Motion to Detain Defendant Without Bail shall come on for hearing before the Honorable LESLIE E. KOBAYASHI, United States Magistrate Judge, in the courtroom of the said judge in the United States Courthouse, Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, January \_\_\_, 2006, at _____ o'clock \_\_\_.m., or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION FOR |
| | ) | RECONSIDERATION OF ORDER |
| vs. | ) | GRANTING GOVERNMENT'S |
| | ) | MOTION TO DETAIN DEFENDANT |
| JAY PADAYAO, | ) | WITHOUT BAIL |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S MOTION FOR RECONSIDERATION
OF ORDER GRANTING GOVERNMENT'S MOTION
TO DETAIN DEFENDANT WITHOUT BAIL

COMES NOW DEFENDANT, JAY PADAYAO, by his undersigned court-appointed counsel, and moves for reconsideration of the order granting the government's motion to detain defendant without bail, filed herein on July 11, 2005. This motion is made pursuant to the files and records of this case, the attached declaration, and all matters properly before the court and to be presented at a hearing on this matter, demonstrating good cause to grant this motion.

Dated: Honolulu, Hawaii, January 11, 2006.

_____
RICHARD S. KAWANA
Attorney for Defendant