IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JAY PADAYAO, | ) | |
| | ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was duly served by by hand delivery on January ___, 2006, addressed as follows:

EDWARD H. KUBO, JR.
U.S. Attorney
MARSHALL H. SILVERBERG
Assistant U.S. Attorney
Room 6-100, Prince Jonah Kuhio
   Kalanianaole Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850
   Attorneys for Plaintiff
   UNITED STATES OF AMERICA

United States Pretrial Services Office
District of Hawaii
Rm 7-222, Prince Jonah Kuhio
Kalanianaole Federal Building
Honolulu, HI 96850-7222

DATED: Honolulu, Hawaii, January ___, 2006.

_____
RICHARD S. KAWANA