# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR NO. 05-00161HG

CASE NAME:        USA vs. JAY PADAYAO

ATTYS FOR PLA:    Marshall H. Silverberg

ATTYS FOR DEFT:   Richard D. Kawana

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:   FTR-Courtroom 7

DATE:     1/20/2006                    TIME:       10:41-10:52

COURT ACTION:  EP: Motion for Reconsideration of Order Granting Government's Motion to Detain Without Bail - Defendant present in custody.

Govt opposes Motion.  Arguments heard.  Motion Denied and terminated without prejudice as to devising a new plan.

Defendant remanded to the custody of the US Marshal.

Submitted by: Warren N. Nakamura, Courtroom Manager