RICHARD S. KAWANA #1608
Attorney at Law
4 South King Street, Ste 201
Honolulu, HI 96813
Tel. No.:(808) 536-6805
Fax No: (808) 536-7195
E-Mail: None
Attorney for Defendant
JAY PADAYAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 05-00161 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION; DEFENDANT'S SECOND MOTION FOR RECONSIDERATION OF DETENTION ORDER; DECLARATION; CERTIFICATE OF SERVICE |
| JAY PADAYAO, | |
| Defendant. | ) DATE:_____ |
| | ) TIME:_____ |
| | JUDGE: LESLIE E. KOBAYASHI |

TW: 3/14/06

NOTICE OF MOTION

TO: EDWARD H. KUBO, JR.
U.S. Attorney
MARSHALL H. SILVERBERG
Assistant U.S. Attorney
Room 6-100, Prince Jonah Kuhio
    Kalanianaole Federal Building
300 Ala Moana Boulevard, Box 50183
Honolulu, HI 96850
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

PLEASE TAKE NOTICE THAT the Defendant's Second Motion for Reconsideration of Detention Order shall come on for hearing before the Honorable LESLIE E. KOBAYASHI, United States Magistrate Judge, in the courtroom of the said judge in the United States Courthouse, Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, January \_\_\_, 2006, at _____ o'clock \_\_\_.m., or as soon thereafter as counsel may be heard.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S SECOND MOTION |
| | ) | FOR RECONSIDERATION OF |
| vs. | ) | DETENTION ORDER |
| | ) | |
| JAY PADAYAO, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT'S SECOND MOTION FOR RECONSIDERATION OF DETENTION ORDER

COMES NOW DEFENDANT, JAY PADAYAO, by his undersigned court-appointed counsel, and hereby submits his second motion for reconsideration of the order granting the government's motion to detain defendant without bail, filed herein on July 11, 2005. This motion is made pursuant to the files and records of this case, the attached declaration, and all matters properly before the court and to be presented at a hearing on this matter, demonstrating good cause to grant this motion.

Dated: Honolulu, Hawaii, January 25, 2006.

_____
RICHARD S. KAWANA
Attorney for Defendant