DEPARTMENT OF JUSTICE
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
REPORT OF INVESTIGATION

Page 1 of 4

| ADDRESSED TO:<br>Special Agent in Charge<br>Seattle Field Division | MONITORED INVESTIGATION INFORMATION:<br>Seattle Field Division<br>FY-05<br>Report 002 |
|---|---|
| TITLE OF INVESTIGATION:<br>PADAYAO, Jay | |
| CASE NUMBER:<br>787025-05-0046 | REPORT NUMBER:<br>2 |

TYPE OF REPORT: (Check Applicable Boxes)

| X | REPORT OF INVESTIGATION | | COLLATERAL REPLY |
|---|---|---|---|
| | REPORT OF INTELLIGENCE | | |

| SUBMITTED BY (Name)<br>Ty K. Torco | SUBMITTED BY (Title and Office)<br>Special Agent, Honolulu Field Office | SUBMITTED BY (Date)<br>05/05/2005 |
|---|---|---|
| REVIEWED BY (Name)<br>Tracy K. Elder | REVIEWED BY (Title and Office)<br>Resident Agent in Charge, Honolulu Field Office | REVIEWED BY (Date) |
| APPROVED BY (Name)<br>Kelvin N. Crenshaw | APPROVED BY (Title and Office)<br>Special Agent in Charge, Seattle Field Division | APPROVED BY (Date) |

**DESCRIPTION OF ACTIVITY:**

Interview with Jay PADAYAO.

**SYNOPSIS:**

On May 4, 2005, Jay PADAYAO was interviewed and admitted to possession a .25 caliber pistol, to being a convicted felon, an illegal drug distributor, courier and user, to conspiring with another of using a firearm in commission of a drug trafficking crime.

**NARRATIVE:**

1. On May 4, 2005, ATF Special Agent (SA) Ty K. Torco, was contacted by Task Force Officer (TFO) Darryl Ng, United States Marshals Service (USMS), regarding Jay PADAYAO. TFO Ng stated that Charlene Padayao (PADAYAO's mother) contacted him, and that Chantel Cleveland (PADAYAO's girlfriend) contacted her stating that PADAYAO wanted to talk to USMS regarding his federal case. TFO Ng further stated that while PADAYAO was being processed at District Court, he made a visual sign to USMS TFO Chester Kau that he wanted to talk.

2. On this same date at approximately 2:20 p.m., SA Torco, introduced himself both verbally and by displaying his credentials to PADAYAO. SA Torco

| DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 2 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Seattle Field Division | MONITORED INVESTIGATION INFORMATION:<br>Seattle Field Division<br>FY-05<br>Report 002 |
|---|---|
| **TITLE OF INVESTIGATION:**<br>PADAYAO, Jay | |
| **CASE NUMBER:**<br>787025-05-0046 | **REPORT NUMBER:**<br>2 |

then advised PADAYAO of his constitutional rights using Advice of Rights and Waiver form ATF F 3200.4 (attachment 1), which PADAYAO initialed and signed, as witnessed by TFO Ng. SA Torco further asked PADAYAO to write how this interview was initiated, to which PADAYAO wrote, "I ask my girlfriend to get in contact with the U.S. Marshals on my own. Because I wanted to talk to them about ways that I can help myself about my Fed. case." SA Torco told PADAYAO that he would be questioned for the federal case against him and for any other criminal activity that he may be involved in. SA Torco further told PADAYAO that no questions would be asked regarding his current pending state charge.

3. At approximately 2:23 p.m., PADAYAO made the following statements:

A. In February 2005, I had a .25 caliber pistol (later identified as a Raven, model MP25, caliber .25ACP semiautomatic pistol bearing serial number 1066305) and was looking for a "clip". I looked in the phone book and called Young Guns, but they didn't have and was told to try Magnum. I called Magnum and talked to a Japanese male who told me to bring the gun down.

B. Later on that same day I went down to Magnum (Magnum Firearms, 940 Queen Street, Honolulu, HI 96814) with the .25 caliber pistol inside of a "hap sack" and gave it to a guy behind the counter. The guy asked me if the gun was registered to me? How did you get the gun? I told him that I bought it from my "Uncle Edward". The guy also asked me for my ID and I provided him with my driver's license.

C. The guy called Police to check on the gun to see if was registered or stolen. I got nervous and told the guy that I would come back. The guy said the cops are on the way. I then left the store and drove away in a white car.

D. SA Torco asked PADAYAO who "Uncle Edward" was? PADAYAO said Edward PRICE (a.k.a. "Coody"). PADAYAO further stated that he bought the .25 caliber pistol for $50.00, the day before from PRICE and that he "...had papers for the gun ...I was going to register the gun."

E. SA Torco asked if he was a felon? PADAYAO stated that he was a felon and convicted for an Assault, Escape and firearms charges. PADAYAO further stated that he got out of prison on October 2, 2004 for an "open 10" and from between 1999 to 2002 he was on the "run" (fugitive). SA Torco told PADAYAO that because you're a felon, you not supposed to have any firearms or

ATF EF 3120.2 (5-98)    Padayao Discovery 000000002

| DEPARTMENT OF JUSTICE<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br>REPORT OF INVESTIGATION | Page 3 of 4 |
|---|---|

| ADDRESSED TO:<br>Special Agent in Charge<br>Seattle Field Division | MONITORED INVESTIGATION INFORMATION:<br>Seattle Field Division<br>FY-05<br>Report 002 |
|---|---|
| TITLE OF INVESTIGATION:<br>PADAYAO, Jay | |
| CASE NUMBER:<br>787025-05-0046 | REPORT NUMBER:<br>2 |

ammunition. PADAYAO stated that because he did all his time, he thought he could possess the gun.

F. When asked why he needed a gun? PADAYAO stated because he goes pig hunting. SA Torco told PADAYAO you don't go pig hunting with a .25; PADAYAO stated that he "has pounded pigs before with a .22 super and with a .22 rifle."

G. SA Torco asked PADAYAO how he supported himself? PADAYAO replied "selling dope." SA Torco asked PADAYAO how much do you make a day? PADAYAO stated that he usually sells 1oz. (crystal methamphetamine "ice") per day; sells a "ball" (3.5g) for $250.00 or $300.00 each depending on the customer. PADAYAO further stated that he pays around $1,500.00 per ounce and that he makes around $900.00 per ounce profit.

H. PADAYAO further stated that he smokes "ice" almost every day since being out of prison and that he has smoked "ice" for at least six years.

I. PADAYAO stated that he has traveled to Los Angeles, CA and carried back a pound of "ice" broken down into four ¼ pound packets that was taped to his upper / inner thighs, "because the screeners cannot tap you down there...they need to use the back of their hands and they cannot feel it."

J. SA Torco asked PADAYAO if he invested any money for the "ice"? PADAYAO stated that he paid $700.00 for an ounce and that he got paid $1,000.00 for packing the "ice".

K. PADAYAO further stated that in April 2005, he and PRICE "taxed" (ripped off) one of "BOZO's boys" at Makiki Park. That PRICE had a .38 caliber pistol and was doing all the talking. PADAYAO stated they got around 2oz. ("ice") and $1,500.00; that he received 1oz. and $700.00 and PRICE got the rest. PADAYAO further stated that when they returned to PRICE's house, PRICE "...emptied the 'shells' from the 'mag' and dumped it on the table."

L. PADAYAO stated that he and PRICE "taxed" another guy with a firearm for an ounce of "ice" and no cash. PADAYAO said that they attempted "tax" another guy but it went "sour" and didn't get anything.

4. At approximately 4:00 p.m., SA Torco terminated the interview and PADAYAO was returned to the District Court cellblock.