# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/16/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00161HG

CASE NAME:         USA v. Jay Padayao

ATTYS FOR PLA:     Marshall Silverberg

ATTYS FOR DEFT:    Richard Kawana

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 216/2006 | TIME: | 1:33-1:51:40pm |

COURT ACTION:  EP: Motion For Withdrawal of Not Guilty Plea and to Plead Anew. Defendant present, in custody.

Defendant sworn, questioned by the Court.  Consent to Rule 11 Plea In a Felony Case Before United States Magistrate signatures verified and filed.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant.  R&R signed, with 10 days to object.  Pre-Sentence report ordered from USPO.

SENTENCING as to Count 1 of the Indictment set for 7/20/06 at 1:30 p.m. before Judge Gillmor.

The following dates are hereby vacated:
3/6/06, 8:30am, Final Pretrial Conference, Judge Gillmor
3/14/06, 9:00am, Jury Trial, Judge Gillmor

Defendant remanded to the custody of the USMS.

Submitted by: Shari Afuso, Courtroom Manager