IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>      Plaintiff, )<br>  vs. )<br> )<br>JAY PADAYAO, )<br> )<br>      Defendant. )<br>_____ ) | CRIM. NO. 05-00161 HG<br><br>ACCEPTANCE OF PLEA OF GUILTY,<br>ADJUDICATION OF GUILT AND NOTICE<br>OF SENTENCING |

ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT AND
<u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count 1 of the Indictment is now Accepted and the Defendant is Adjudged Guilty of such offense(s). All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 20, 2006.



_____
Helen Gillmor
Chief United States District Judge

GUILTY.ACP