EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Marshall.Silverberg@USDOJ.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | THE PROPOSED PRESENTENCE |
| vs. | ) | REPORT |
| | ) | |
| JAY PADAYAO, | ) | Sentencing date: 07/20/06 |
| | ) | Time:  1:30 p.m. |
| | ) | Chief Judge Helen Gillmor |
| Defendant. | ) | |
| | ) | |

**GOVERNMENT'S RESPONSE TO THE PROPOSED PRESENTENCE REPORT**

As to Paragraph 78:

The report incorporates the recent decision of *United States v. Piccolo*, 441 F.3d 1084 (9th Cir. 2006), in concluding that escape is not a "crime of violence."  The Court should be aware that the government has filed a Petition for Rehearing En Banc in *Piccolo* and that petition is still pending.  The government respectfully requests that the sentencing date be continued until the Ninth Circuit acts on the petition.  There also is a possibility that if the Ninth Circuit rejects the

petition, the government may seek a writ of certiorari with the Supreme Court.

The United States has no other objections or comments to the Proposed Presentence report.

DATED: June 16, 2006, at Honolulu, Hawaii.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By_____
>  MARSHALL H. SILVERBERG
>  Assistant U.S. Attorney

CERTIFICATE OF SERVICE

      I hereby certify that on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

    Richard S. Kawana, Esq.                    rskawana@prodigy.net

    Attorney for Defendant
    JAY PADAYAO

Served by hand delivery:

    U.S. PROBATION OFFICE
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

      DATED:  June 16, 2006, at Honolulu, Hawaii.

                                            /s/ Cheri Abing