EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
|---|---|---|
| Plaintiff, | ) | MOTION TO CONTINUE SENTENCING; DECLARATION OF MARSHALL SILVERBERG; EXHIBIT 1; CERTIFICATE OF SERVICE |
| vs. | ) | |
| JAY PADAYAO, | ) | |
| Defendant. | ) | |

**<u>MOTION TO CONTINUE SENTENCING</u>**

The United States of America, by and through the undersigned counsel, hereby moves for a continuance in the defendant's sentencing. This motion is pursuant to Fed. R. Crim. P. 47 and the basis for it is set forth in the attached declaration of Assistant U.S. Attorney Marshall Silverberg.

DATED: July 12, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By /s/ Marshall H. Silverberg
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

        I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

<u>Served Electronically through CM/ECF</u>

Richard S. Kawana, Esq.                              <u>rskawana@prodigy.net</u>
Attorney for Defendant
Jay Padayao


<u>Served by hand delivery</u>:

Mona L. Godinet
U.S. Probation Officer
PJKK Federal Building
Honolulu, Hawaii  96850


        DATED:  July 12, 2006, at Honolulu, Hawaii.


                                      <u>     /s/ Cheri Abing          </u>