# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

July 20, 2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00161HG

CASE NAME:          UNITED STATES OF AMERICA v. JAY PADAYAO

ATTYS FOR PLA:      Marshall H. Silverberg
                    Ty Torco, Case Agent, ATF

ATTYS FOR DEFT:     Richard S. Kawana

INTERPRETER:        Mona L. Godinet

JUDGE:    Helen Gillmor          REPORTER:    Stephen Platt

DATE:     July 20, 2006          TIME:        1:30 - 1:50

COURT ACTION:  SENTENCING AS TO COUNT 1 OF THE INDICTMENT -
               DEFENDANT'S MOTION FOR DOWNWARD DEPARTURE -
               GOVERNMENT'S MOTION TO CONTINUE SENTENCING -

The Defendant present in custody.

The Government's Motion to Continue Sentencing is GRANTED.
The Sentencing/Defendant's Motion for Downward Departure is continued to September 28, 2006 @ 3:00 p.m.

Counsel are ordered to notify the Court when a ruling is made by the 9th Circuit Court of Appeals with regard to the USA vs. FRAZER SCOTT PICCOLO case.

Submitted by: David H. Hisashima, Courtroom Manager
Submitted by: Mary Rose Feria, Courtroom Manager