```
5412958    US ATTORNEYS OFFIC                           07:42:19 a.m.   07-25-2006   1/1
JUL-24-2006 MON 02:02 PM PROSECUTING ATTY MISD        FAX NO. 808 527 6471              P. 02
```

DEPARTMENT OF THE PROSECUTING ATTORNEY

# CITY AND COUNTY OF HONOLULU

ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
PHONE: (808) 547-7400



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

July 24, 2006

Marshall Silverberg,
 Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL** # of pages ▶ 1

To: June Koja
From: Marshall Silverberg
Dept./Agency:
Phone #:
Fax # 521-6471
Fax # 541-2958

NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

RE: State of Hawaii v. Jay Padayao
    Criminal Nos. 05-1-0911 & 06-1-1384

Dear Mr. Silverberg:

I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has two cases involving the same individual and would like your approval to take custody of this person for two days from August 16, 2006, to August 17, 2006. The State of Hawaii will later make arrangements with you for the Defendant's future State court appearances.

Please sign below if you agree to this request and FAX a copy of this letter to June C. Koja, FAX no. 527-6471. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

Thank you for your cooperation in this matter. If you have any questions, please call me at or June C. Koja at 527-6448.

Very truly yours,

*[signature]*

Scott Bell
Deputy Prosecuting Attorney

APPROVED:

*[signature]*

Marshall Silverberg
Assistant United States Attorney

# EXHIBIT "A"