ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
SCOTT BELL  7100
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:    547-7457
FAX:  527-6546
Attorneys for State of Hawaii

LODGED
AUG 0 8 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 1 0 2006
at __ o'clock and __ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>JAY PADAYAO,                  )<br>                              )<br>     Defendant.               )<br>_____) | CR. NO. 05-00161-HG<br><br>ORDER GRANTING TEMPORARY<br>TRANSFER OF CUSTODY TO THE<br>STATE OF HAWAII REGARDING WRIT<br>OF HABEAS CORPUS AD<br>PROSEQUENDUM |

ORDER GRANTING TEMPORARY TRANSFER OF
CUSTODY TO THE STATE OF HAWAII REGARDING
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant JAY PADAYAO to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. JAY PADAYAO, Criminal Nos. 05-1-0911 and 06-1-1384.  Upon the conclusion of the cases, State of Hawaii

Officials are to return the said Defendant back to the United States Marshal Service, District of Hawaii.

Dated: _____AUG 1 0 2006_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. Jay Padayao
Cr. No. 05-00161-HG
Order Regarding Temporary Transfer
of Custody to the State of Hawaii Regarding
Writ of Habeas Corpus Ad Prosequendum