IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr No. 05-00161 HG-KSC |
| ) | |
| Plaintiff, ) | ORDER GRANTING TEMPORARY |
| ) | TRANSFER OF CUSTODY TO THE |
| vs. ) | STATE OF HAWAII REGARDING |
| ) | WRIT OF HABEAS CORPUS AD |
| JAY PADAYAO, ) | PROSEQUENDUM |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE
STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS
AD PROSEQUENDUM

Upon reading and filing of the Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer from time to time and as needed the physical custody of Defendant Jay Padayao to State of Hawaii Officials, until the conclusion of <u>State of Hawaii v. JAY PADAYAO</u>, Criminal Nos. 05-1-0911 and 06-1-1384.

Upon the conclusion of the case, State of Hawaii Officials are to return Defendant Jay Padayao back to the United States Marshal Service, District of Hawaii, on a mutually agreed upon date.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, August 16, 2006.



_____
Kevin S.C. Chang
United States Magistrate Judge

Cr. No. 05-161 HG-KSC; USA vs. JAY PADAYAO; <u>ORDER GRANTING TEMPORARY TRANSFER OF CUSTODY TO THE STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>