

U.S. Department of Justice

*United States Attorney*
*District of Hawaii*

| | |
|---|---|
| PJKK Federal Building<br>300 Ala Moana Blvd., Room 6-100<br>Honolulu, Hawaii 96850 | (808) 541-2850<br>FAX (808) 541-2958 |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 18 2006
DISTRICT OF HAWAII

September 15, 2006

Honorable Helen Gillmor
U.S. District Judge
U.S. Courthouse
300 Ala Moana Blvd.
Honolulu, Hawaii  96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 27 2006

at __ o'clock and __min. __M
SUE BEITIA, CLERK

Re:   United States v. JAY PADAYAO
      Cr. No. 05-00161 HG

Dear Judge Gillmor:

On July 20, 2006, the Court instructed the parties to inform it of the status of the government's petition for rehearing en banc in *United States v. Piccolo*, 441 F.3d 1084 (9th Cir. 2006) (holding that escapes without violence are not "crimes of violence").  I have just learned today that the Ninth Circuit has <u>denied</u> the government's petition for rehearing en banc in *Piccolo*.

Very truly yours,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By _____
   MARSHALL H. SILVERBERG
   Assistant U.S. Attorney

cc: Richard Kawana, Esq.
    Mona Godinet