RICHARD S. KAWANA #1608
4 South King Street, Ste 201
Honolulu, HI 96813
Tel: (808) 536-6805
Fax: (808) 536-7195

Attorney for Defendant
JAY PADAYAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00161 HG |
| Plaintiff, | ) | NOTICE OF APPEAL |
| v. | ) | |
| JAY PADAYAO, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant JAY PADAYAO, by and through his court-appointed attorney, Richard S. Kawana, hereby appeals pursuant to the Criminal Justice Act, to the United States Court of Appeals for the Ninth Circuit, from the Judgment in a Criminal Case, filed and entered on October 10, 2006 by the Honorable Helen Gillmor, Chief United States District Judge, District of Hawaii.

DATED: Honolulu, Hawaii, October 18, 2006.

RICHARD S. KAWANA
Attorney for Defendant