## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

November 2, 2006

MARSHALL H. SILVERBERG, AUSA
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI  96850

IN RE:      U.S.A v. JAY PADAYAO
CR NO.     CR 05-00161HG-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 10/20/06.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy

cc:   Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
      RICHARD S. KAWANA, ESQ.
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet