# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. JAY PADAYAO

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 05-00161HG-01

II. **DATE NOTICE OF APPEAL FILED:** 10/20/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA APPOINTED - 8/26/05

   DOCKET FEE PAID ON:               AMOUNT:
   NOT PAID YET:                     BILLED:
   U.S. GOVERNMENT APPEAL:           FEE WAIVED:
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:          DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**
   Laila M. Geronimo

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)