TO:       Clerk, U.S. Court of Appeals                     Date: November 2, 2006

FROM:   Clerk, U.S. District Court, Hawaii

SUBJECT:   New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:       U.S.A. vs JAY PADAYAO

U.S.D.C CASE NO.      CR 05-00161HG

U.S.D.C. JUDGE:       Helen Gillmor

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   04/14/05

APPEALED ORDER FILED:       10/10/06

NOTICE OF APPEAL FILED:      10/20/06

## COUNSEL INFORMATION

APPELLANT:
RICHARD S. KAWANA, ESQ.
4 SOUTH KING STREET, STE. 201
HONOLULU, HI 96813

APPELLEE:
MARSHALL H. SILVERBERG, AUSA
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., STE. 6100
HONOLULU, HI  96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA - 08/26/05

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:

F/P GRANTED:   __

NO OF DAYS OF TRIAL:  _

CUSTODY:       ✓

BAIL:          __

COUNSEL WAIVED:   __

COURT REPORTER(S):   ESR, STEPHEN PLATT,