UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**FILED**
NOV 0 6 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DOCKET FEE PAYMENT NOTIFICATION FORM


06-10659

I.  **SHORT CASE TITLE:**   U.S.A. vs. JAY PADAYAO

   **U.S. COURT OF APPEALS DOCKET NUMBER:**

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 05-00161HG -01

II  **DATE NOTICE OF APPEAL FILED:**   10/20/06

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA APPOINTED - 8/26/05

| | |
|---|---|
| **DOCKET FEE PAID ON:** | **AMOUNT:** |
| NOT PAID YET: | BILLED: |
| U.S. GOVERNMENT APPEAL: | FEE WAIVED: |
| WAS APPELLANT OR APPELLE GRANTED F.P. STATUS? | |
| IF YES, SHOW DATE: | |
| WAS F.P. STATUS REVOKED: | DATE: |
| WAS F.P. STATUS LIMITED IN SOME FASHION? | |
| IF YES, EXPLAIN: | |

**RECEIVED**
CLERK U.S. DISTRICT COURT
NOV 17 2006
DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

AMENDED NOTIFICATION _____  PAID _____  F.P. _____
DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)