S. Platt

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____  U.S. District Court Case No. __CR 05-00161 HG 01__

Short Case Title __U.S.A. v. Jay Padayao__

Date Notice of Appeal Filed by Clerk of District Court __October 20, 2006__

SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statement~~ |
| | | ~~Settlement Instru~~ |
| | | ~~Closing Argum~~ |
| | | ~~Jury Instructions~~ |
| See attached sheet | | Pre-Trial Proceed |
| 9/28/06 | S. Platt | Other (please specify) __Sentencing__ |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2006

at __2__ o'clock and __30__ min. __P__ M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __11/14/06__   Estimated date for completion of transcript __12/14/06__

Print Name of Attorney __Richard S. Kawana__   Phone Number __808-536-6805__

Signature of Attorney __Rich S Kawana__

Address __4 South King Street, Ste 201, Honolulu, HI 96813__

SECTION B - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)
(✓) Arrangements for payment were made on __11-14-06__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__31__ Approximate Number of Pages in Transcript--Due Date __12-14-06__

SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __12-14-06__   Court Reporter's Signature _____

SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__     __12-21-06__     BY: _____
(U.S. District Court Clerk)   (date)          DEPUTY CLERK

Transcript Designation and Ordering Form
Continuation page 2

US District Court Case No: Cr. No. 05-00161 HG 01
U.S.A. v. Jay Padayao

| Hearing Date (s) | Court Reporter | Proceedings |
| --- | --- | --- |
| 6/16/05 | FTR-C5 | Detention Hearing |
| 6/24/05 | FTR-C5 | Detention Hearing |
| 8/26/05 | C7 | Motion to Withdraw as Counsel |
| 1/20/06 | FTR-C7 | Motion for Reconsideration of Detention Order |
| 1/31/06 | FTR-C7 | Second Motion for Reconsideration Of Detention Order |
| 2/16/06 | FTR-C5 | Change of Plea |