FILED

MAR 23 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2007

at \_\_\_ o'clock and \_\_\_ min \_\_\_ M
SUE BEITIA, CLERK

# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAY PADAYAO,<br><br>Defendant - Appellant. | No. 06-10659<br><br>D.C. No. CR-05-00161-HG<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

*[signature]*
Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR 23 2007

by: *[signature]*
Deputy Clerk