**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 29 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10659 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00161-HG |
| v. | District of Hawaii, Honolulu |
| JAY PADAYAO, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 02 2008

at __ o'clock and ___ min. __ M.
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner

Appellant's opposed motion to file all the briefs, excerpts of record, and all materials under seal is granted. This case shall be filed and maintained under seal.

05.26.08/LBS/Appellate Commissioner